### Commonwealth *v.* Seders, Appellant.

Submitted April 12, 1971. *John P. Liekar,* Public Defender, for appellant; *John C. Pettit,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Sonnet, Appellant.

Submitted April 14, 1971. *A. M. Cohen* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.